```
McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00131-OWW |
| | ) | |
| Appellee, | ) | Order |
| | ) | |
| v. | ) | HON. Oliver W. Wanger |
| | ) | |
| JOHN B. BRANDAU, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

The Government's motion to continue the filing of appellee's brief to 17 July, 2006 is hereby GRANTED.

SO ORDERED

6/16/06

                                                /s/Oliver W. Wanger
                                                Oliver W. Wanger
                                                District Court Judge